# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-420-850**

**Effective Date of Registration:**
October 28, 2024
**Registration Decision Date:**
November 05, 2024

---

## Title

**Title of Work:** Rooster Wreath

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** February 26, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Lisa Medford
  **Author Created:** sculpture
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Lisa Medford
311 W Maple St, Whitewright, TX, 75491, United States

## Certification

**Name:** Daniel Lachman
**Date:** October 28, 2024

Page 1 of 1